UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BCOM, et al.,

Plaintiffs,

v.

USCIS, et al.,

Defendants.

Case No. 26-cv-12312-AGT

**ORDER TO PROCEED PSEUDONYMOUSLY**

Re: Dkt. No. 4

The Court grants Plaintiffs' request for leave to proceed pseudonymously on the condition that after Defendants are served and appear they may move to unseal Plaintiffs' name.

**IT IS SO ORDERED.**

Dated: October 23, 2026

Alex G. Tse
United States Magistrate Judge